**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 19-sw-5775-NRN <br><br> **Filed Under Restriction** |

**MOTION FOR ORDER TO EXTEND NON-DISCLOSURE DATE**

The United States of America, by and through Kurt Bohn, Assistant United States Attorney, moves the Court to enter an Order that extends for a period of one year its previous order that VSAT ("Provider") not notify the listed subscribers, customers, or any other person of the existence of the previously-issued Application Of The United States For An Order Pursuant To 18 U.S.C. § 2703(d) ("Application and Court Order"), except as necessary to comply with the Court's Order or to obtain legal advice, until further order of the Court.  18 U.S.C. § 2705(b).

1.  On July 31, 2019, this Court entered an Order in the above-captioned case, which *inter alia,* ordered Provider not to disclose the Order for a period of one year, certain records and other information pertaining to the VSAT cellular telephone number(s): (724) 309-5946 and (724) 832-1026.  The government now seeks an additional one-year extension of that non-disclosure order on the grounds that the facts stated in support of the original motion still exist.  Further, the Application and Order relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Disclosure will cause the targets to flee from prosecution, result in the destruction or tampered evidence, may result in the intimidation or endangerment of potential witnesses, and/or change the target's pattern of behavior.  The Target in this case, Lawrence Rudolph, has extensive international travel experience and

substantial financial resources.  If alerted, he would have the means and ability to avoid the jurisdiction of the United States.  In addition, Rudolph maintains close ties with known witnesses and would be in a position to make efforts to influence their recollection and to otherwise make efforts to tamper with evidence.  Accordingly, it remains necessary to maintain the secrecy of the investigation.

2. For the reasons stated above and pursuant to the Court's authority under Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the United States respectfully requests that this Court extend for a period of one year its previous Order directing the Provider not to disclose the existence or content of the any of the documents in the above-named matter except to personnel essential to compliance with the execution of the Court's Order or to obtain legal advice.

3. Additionally, because this case remains under restriction for the reasons stated above, the United States requests that this Motion and the Court's Order be restricted at Level 3 until further order of the Court.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    *s/ Kurt Bohn*
    By:  KURT BOHN
    Assistant U.S. Attorney
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    E-mail: Kurt.Bohn@usdoj.gov
    Attorney for the Government