FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:13 am, Aug 04, 2020
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 19-sw-5775-NRN<br><br>**Filed Under Restriction** |

## ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of August, 2020.

          JASON R. DUNN
          United States Attorney

By: *s/ Bryan David Fields*
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: Bryan.Fields3@udsoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

   I certify that on this 4th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


            By: *s/ Ilmira Allazova*
               Paralegal - Contractor
               United States Attorney's Office