**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 19-sw-5775-NRN <br><br> **Filed Under Restriction** |

**ORDER EXTENDING NON-DISCLOSURE**

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including any applications or attached documents in the above-captioned matter, as well as any related documents, are restricted at Level 3 until further order of the Court; and

2) pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), VSAT, to whom this Order is directed, shall not for the additional period of one year from the date of this Order, disclose the existence of the above-captioned matter, nor of this Order, to the listed subscriber, customers, or to any other person, other than its personnel essential for compliance with the Court's Order or for the purpose of receiving legal advice.

DATED this __6th__ day of August, 2021.

BY THE COURT:

_____
THE HON. N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO